# APPLICATION UNDER 28 U.S.C. § 2241 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE OR FEDERAL CUSTODY

(Do not use as a § 2254 or as a § 2255)

## UNITED STATES DISTRICT COURT

SEP 19 2022

District of Camden New Jersey

Case No. _____
(Clerk will supply)

Name and Prison Number: __Lassissi Afolabi__

Place of Confinement: __FCI FORT DIX, Joint Base MDL, NJ 08640__

Name of Applicant: __Lassissi Afolabi__
(include name under which convicted)

Name of Respondent: __Knight Steven__
(Name of Warden)

## APPLICATION

1. Name and location of court which imposed the sentence you challenge: __United States District Court District of New Jersey__

2. Date of judgment of conviction: __July 12 2010__

3. Length of sentence imposed: __292 months__

4. Nature of offense(s) of conviction (all counts): __Conspiracy to commit forced labor/ Trafficking document servitude in violation of 18 U.S.C. § 371; Forced Labor in violation of 18 U S C. § 1589; Transportation of a minor with intent to engage in criminal sexual activities in violation of 18 U.S.C. § 2423(b).__

5. What was your plea as to each count? (Check one)

    ☐ Not Guilty

    ☒ Guilty

    ☐ Nolo contendere

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

_____

_____

6. If you pleaded not guilty, what kind of trial did you have? (Check one) ☐ Jury ☐ Judge only

7. Did you testify at the trial? ☒ Yes ☐ No

8. Did you appeal from the judgment of conviction? ☒ Yes ☐ No

9. If you did appeal, answer the following:

   (a) Name of Court: United States Court of Appeals For The Third Circuit

   (b) Result: Judgment affirmed

   (c) Date of result and citation, if known: December 16, 2011
       United States of America v. Lassissi Afolabi No. 10-3287

   (d) Grounds raised: The Government breached its plea agreement; and the Court made a procedural error in calculating his guidelines range.

   (e) If you sought further review of the decision on appeal by a higher court, answer the following:

       (1) Name of Court: _____

       (2) Result: _____

       (3) Date of result and citation, if known: _____

       (4) Grounds raised: _____

   (f) If you filed a petition for certiorari or appeal in the Supreme Court of the United States as part of that direct appeal, answer the following:

       (1) Name of Court: Supreme Court of the United States

       (2) Result: _____

       (3) Date of result and citation, if known: _____

       (4) Grounds raised: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal (a post-conviction proceeding)?     ☒ Yes    ☐ No

11. If your answer to 10 was "Yes," answer the following:

   (a) First post-conviction proceeding:

   (1) Name of Court: <u>United States District Court District of New Jersey</u>

   (2) Nature of proceeding: <u>Motion under 28 U.S.C. § 2255</u>

   (3) Grounds raised: <u>Sixth Amendment violation to effective assistance of counsel for erroneous advice ; failure to investigate ...</u>

   (4) Did you receive an evidentiary hearing?    ☐ Yes   ☒ No

   (5) Result: <u>Relief denied</u>

   (6) Date of result: <u>February 29, 2016</u>

   (b) Second post-conviction proceeding:

   (1) Name of Court: <u>U.S. District of New Jersey</u>

   (2) Nature of proceeding: <u>Request for a COA</u>

   (3) Grounds raised: <u>The Court's denial of a Certificate of appealability in its prior order and opinion was premature, and that the Court should determine [his] request for a COA [under the standard] set forth in 28 U.S C § 2253(c).</u>

   (4) Did you receive an evidentiary hearing?    ☐ Yes   ☒ No

   (5) Result: <u>Denied</u>

   (6) Date of result: <u>August 29, 2016</u>

   (c) Did you appeal to the highest court having jurisdiction the result of the post-conviction proceeding(s)?

   (1) First proceeding:    ☒ Yes   ☐ No

   (2) Second proceeding:   ☒ Yes   ☐ No

    (d)    If you did *not* appeal from the adverse result of the post-conviction proceeding(s), explain briefly why you did not:

_____

_____

12.    If you have *not* been convicted, answer the following:

    (a)    Type of decision or action you challenge: _____

_____

    (b)    Who made the decision? _____

    (c)    Date of decision: _____

    (d)    Was there a hearing of any kind?    ☐ Yes    ☐ No

    Hearing conducted by: _____

    Location and date: _____

    Result: _____

## Exhaustion of Administrative Remedies

13.    If your claim concerns a FEDERAL PAROLE matter, answer the following:

    (a)    Did you appeal the decision to the National Appeals Board of the U.S. Parole Commission?    ☐ Yes    ☐ No

    (b)    Appeal filing date: _____

    (c)    Grounds raised: _____

_____

    (d)    Result: _____

    (e)    Date of result: _____

14. If your claim concerns computation of your FEDERAL sentence, or a claim other than FEDERAL parole, answer the following:

    (a) Did you attempt to resolve your complaint informally?   ☒ Yes   ☐ No

    (b) Did you appeal to the Warden?   ☒ Yes   ☐ No

    (c) Did you appeal to the Regional Director?   ☒ Yes   ☐ No

    (d) Did you appeal to the General Counsel?   ☒ Yes   ☐ No

    If you did not use the Administrative Remedy Procedure, explain why you did not do so:

    _____

    _____

15. If you are a STATE prisoner, answer the following:

    Did you exhaust all administrative remedies available to you?   ☐ Yes   ☐ No

    If you did not exhaust your administrative remedies, explain why you did not do so:

    _____

    _____

16. Have you filed any previous lawsuits related to your present claims(s)?   ☐ Yes   ☐ No

    (a) Name and location of Court: _____

    (b) Case number and style: _____

    (c) Nature of lawsuit: _____

    (d) Grounds raised: _____

    (e) Result and date: _____

## Grounds for Relief

17. State *concisely* every ground on which you claim that you are being held in violation of the Constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    **CAUTION: If you fail to set forth all grounds in this application, you may be barred from presenting additional grounds at a later date.**

    For your information, the following is a list of the most frequently raised grounds for relief in applications for writs of habeas corpus pursuant to 28 U.S.C. § 2241. You may raise any grounds which you may have other than those listed. However, you should raise in this application all available grounds (relating to this conviction or sentence) on which you base your allegations that you are being held in custody unlawfully.

    **Do not** check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check one or more of these listed grounds.

    (i) U. S. Parole Commission unlawfully revoked my parole.
    (ii) Federal Bureau of Prisons unlawfully computed my sentence.
    (iii) Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
    (iv) Federal Bureau of Prisons or State prison system unlawfully revoked my good-time credits.
    (v) There is an unlawful detainer lodged against me.
    (vi) I am a citizen and domiciliary of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
    (vii) The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a § 2254 petition or a § 2255 motion.

    (a) Ground One: Supporting FACTS (state *briefly* without citing cases or law): The federal Government lacked federal legislative, territorial or admiralty jurisdiction in over the locus quo. See invoked attached memorandum.

    (b) Ground Two: Supporting FACTS (state *briefly* without citing cases or law): The federal Government Charging instruments are Fatally Defective.

    See attached invoked Memorandum and exhibits I, II and III.

    (c)    Ground Three: Supporting FACTS (state *briefly* without citing cases or law): <u>The federal Government Failed to establish federal interstate commerce nexus. See attached invoked Memorandum and exhibits I, II and III.</u>

    (d)    Ground Four: Supporting FACTS (state *briefly* without citing cases or law): <u>Title 18 USC is Unconstitutional causing imprisonment to be false. See attached invoked Memorandum and exhibits I, II and III.</u>

18. If any of the grounds listed in 17(a), (b), (c), and (d) were not previously presented in any other court, either state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

19. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment/decision under attack?  ☐ Yes  ☒ No

20. Give the name and address, if known, of each attorney who represented you in the following stages of judgment/decision attacked herein:

    (a)    Preliminary hearing: <u>Michael G. Brucki, 425 North Wood Avenue, Linden, NJ 07036</u>

    (b)    Arraignment and plea: <u>John P McGovern 221 Washington Street Newark NJ 07102</u>

    (c)    Trial: <u>N/A</u>

    (d)    Sentencing: <u>John P McGovern</u>

    (e)    Appeal: <u>John P McGovern</u>

    (f)    Post-conviction proceeding: <u>Pro Se</u>

    (g)    Appeal from any adverse ruling in a post-conviction proceeding: <u>Pro Se</u>

21. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time? ☒ Yes  ☐ No

22. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?   ☐ Yes   ☒ No

   (a) If so, give name and location of court which imposed sentence to be served in the future:

   _____

   _____

   (b) Give date and length of the above sentence: _____

   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?   ☐ Yes   ☐ No

**Wherefore**, the applicant prays that the Court grant applicant relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:   September 13, 2022
                         (Date)

_____
Signature of Applicant