AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**RECEIVED**
NOV 2 1 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

AFOLABI
*Petitioner*

v.   Case No. 1:22-cv-05633-CPO
*(Supplied by Clerk of Court)*

KNIGHT
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Lassissi Afolabi
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Federal Correctional Institution Fort Dix
   (b) Address: P.O. Box 2000. Joint Base MDL, NJ 08640
   (c) Your identification number: 28877-050
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☒ Being held on an immigration charge
   ☒ Other *(explain)*: Conspiracy to commit forced labor/document servitude in violation 18 U.S.C. § 371; Forced Labor in violation of 18 U.S.C. § 1589; and Transportation of a minor to engage in criminal sexual activity in violation of 18 U.S.C. § 2423(b).

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other *(explain)*: The Petitioner is held involuntary servitude by the Bureau of Prisons because his sentenced convicted under Title 18 USC.

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: United States District Court District of New Jersey

   (b) Docket number, case number, or opinion number: 2:07-785-JLL-02

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   292 months imprisonment and life supervised release.

   (d) Date of the decision or action: July 12, 2010

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: United States Court of Appeals for the Third Circuit.

   (2) Date of filing: March 31, 2008

   (3) Docket number, case number, or opinion number: No. 10-3287

   (4) Result: Judgment Affirmed

   (5) Date of result: December 16, 2011

   (6) Issues raised: The Government breached its plea agreement by using the calculation issue in the first hearing; and the court made a procedural error in calculating his Guidelines range.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes           ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes           ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes         ☒ No

    If "Yes," answer the following:

    (a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

         ☐ Yes         ☐ No

         If "Yes," provide:
         (1) Name of court:
         (2) Case number:
         (3) Date of filing:
         (4) Result:
         (5) Date of result:
         (6) Issues raised:

    (b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

         ☐ Yes         ☐ No

         If "Yes," provide:
         (1) Name of court:
         (2) Case number:
         (3) Date of filing:
         (4) Result:
         (5) Date of result:
         (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes  ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes  ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes  ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☒ Yes     ☐ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application:    BP. 11

    (b) Name of the authority, agency, or court:    Central Office Administrative Remedy Appeal

    (c) Date of filing:    June 22, 2022

    (d) Docket number, case number, or opinion number:    Appeal No. 1122093-A1

    (e) Result:    denied

    (f) Date of result:    08-23-2022

    (g) Issues raised:    The Petitioner is held involuntary servitude by the Bureau of Prisons because his sentenced convicted under Title 18 U.S.C.

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE**: The federal Government lacked federal legislative, territorial or admiralty jurisdiction in over the locus quo.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See invoked attached Memorandum.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO**: The federal Government Charging instruments are Fatally Defective.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See attached invoked Memorandum and Exhibits, I, II and III

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND THREE**: The federal Government failed to establish federal interstate commerce nexus.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See attached invoked Memorandum and Exhibits I, II and III.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Title 18 USC is Unconstitutional causing imprisonment to be false.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See attached invoked Memorandum and Exhibits I, II and III

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: The Petitioner most humbly prays that the court will do a correct thing to well review his claims and order his release from UNLAWFUL CUSTODY.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

The Petitioner placed this Petition in the prison mail system on November, 15, 2022.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: November 15, 2022

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_